DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WALTER LEE DAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-98-431 FCD |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| WALTER LEE DAWSON, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | |

Defendant, WALTER LEE DAWSON, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney ROBERT M. TWISS, hereby stipulate as follows:

    1.    Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.    On July 23, 1989, this Court sentenced Mr. Dawson to a term of imprisonment of 180 months;

    3.    The sentencing range applicable to Mr. Dawson was

subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

4. Accordingly, Mr. Dawson's adjusted offense level has been reduced from 38 to 36, and a sentence at the low end of the new guideline range with a departure comparable to the reduction he received at the original sentencing would be 162 months;

5. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Dawson's term of imprisonment to an aggregate term of 162 months on all counts, comprised of 162 months as to Count 1 and 48 months as to Count 2, to run concurrently for a total term of 162 months.

Dated: July 10, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR SCOTT<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Robert M. Twiss*<br>ROBERT M. TWISS<br>Assistant U.S. Attorney<br><br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender<br><br>Attorney for Movant<br>WALTER LEE DAWSON |

ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On July 23, 2001, this Court sentenced Mr. Dawson to a term of imprisonment of 180 months. The parties agree, and the Court finds, that Mr. Dawson is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 38 to 36.

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-2-

1    IT IS HEREBY ORDERED that the term of imprisonment originally
2 imposed is reduced to an aggregate term of 162 months on all counts,
3 comprised of 162 months as to Count 1 and 48 months as to Count 2, to
4 run concurrently for a total term of 162 months.
5    IT IS FURTHER ORDERED that all other terms and provisions of the
6 original judgment remain in effect.
7    Unless otherwise ordered, Mr. Dawson shall report to the United
8 States Probation office closest to the release destination within
9 seventy-two hours after his release.
10 Dated:   July 15, 2008

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-3-