# UNITED STATES DISTRICT COURT

for the

Easter District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Walter Lee Dawson | ) Case No: 2:98CR00431-01 |
| | ) USM No: 11254-097 |
| Date of Previous Judgment: July 23, 2001 | ) David Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ✔ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of    180    months **is reduced to**  162 months    .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 360 months  to  life | Amended Guideline Range: | 324  to  405  months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

✔ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   July 23, 2001  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:    July 15, 2008

Judge's signature

Effective Date: _____
(if different from order date)

Frank C. Damrell, Jr., United States District Judge
Printed name and title