DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WALTER LEE DAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>WALTER LEE DAWSON,<br><br>        Defendant. | No. 2:98-cr-00431 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br><br>Judge: Honorable Kimberly J. Mueller |

Defendant, WALTER LEE DAWSON, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, First Assistant U.S. Attorney PHILLIP A. TALBERT, hereby stipulate as follows:

    1.    Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.    On July 23, 2001, this Court sentenced Mr. Dawson to a term of imprisonment of 180 months;

    3.    On July 10, 2008, the parties filed a stipulation providing

1  that the sentencing range applicable to Mr. Dawson was subsequently
2  lowered by the United States Sentencing Commission in Amendment 706 by
3  two levels, from 38 to 36, and a sentence at the low end of the new
4  guideline range with a departure comparable to the reduction he
5  received at the original sentencing would be 162 months.
6      4.   On July 15, 2008, the Court issued an order reducing Mr.
7  Dawson's sentence from 180 months to 162 months.
8      5.   The sentencing range applicable to Mr. Dawson was
9  subsequently lowered by the United States Sentencing Commission in
10 Amendment 750, from 36 to 34, and a sentence at the low end of the new
11 guideline range with a departure comparable to the reduction he
12 received at the original sentencing would be 131 months;
13     6.   Accordingly, the parties request the court enter the order
14 lodged herewith reducing Mr. Dawson's term of imprisonment to an
15 aggregate term of 131 months on all counts, comprised of 131 months as
16 to Count 1 and 48 months as to Count 2, to run concurrently for a total
17 term of 131 months.
18 Dated:  October 31, 2011
19 Respectfully submitted,

20 BENJAMIN WAGNER                    DANIEL J. BRODERICK
   United States Attorney             Federal Defender
21

22
    /s/ *Phillip A. Talbert*            /s/ *David M. Porter*
23 PHILLIP A. TALBERT                 DAVID M. PORTER
   First Assistant U.S. Attorney      Assistant Federal Defender
24
   Attorney for Plaintiff             Attorney for Movant
25 UNITED STATES OF AMERICA           WALTER LEE DAWSON

26

27

28

ORDER

This matter came before the court on the stipulated motion of the defendant for reduction of sentence based on 18 U.S.C. § 3582(c)(2). On July 23, 2001, this court sentenced Mr. Dawson to a term of imprisonment of 180 months. On July 15, 2008, the court resentenced Mr. Dawson to a term of imprisonment of 162 months. The parties agree, and the court finds, that Mr. Dawson is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 36 to 34.

IT IS HEREBY ORDERED that the term of imprisonment is reduced to an aggregate term of 131 months on all counts, comprised of 131 months as to Count 1 and 48 months as to Count 2, to run concurrently for a total term of 131 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Dawson shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

Dated: November 1, 2011.

_____
UNITED STATES DISTRICT JUDGE