```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID EARL WILLIAMS,<br><br>  Defendant. | CASE NO. 2:98-cr-00431 KJM<br><br>ORDER RE GOVERNMENT'S MOTION TO WITHDRAW WARRANT ISSUED SEPTEMBER 3, 1999 |

   IT IS HEREBY ORDERED that the warrant issued on September 3, 1999, against defendant David Earl Williams be and is hereby ordered WITHDRAWN.

SO ORDERED.

DATED:  March 30, 2012.

_____
UNITED STATES DISTRICT JUDGE