1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )
12                  Plaintiff,       )  CASE NO. 2:98-cr-00431 KJM
                                     )
13  v.                               )  ORDER RE GOVERNMENT'S MOTION TO
                                     )  WITHDRAW WARRANT ISSUED
14  DAVID EARL WILLIAMS,             )  SEPTEMBER 3, 1999
                                     )
15                  Defendant.       )
                                     )
16  _____)

17       IT IS HEREBY ORDERED that the warrant issued on September 3,

18  1999, against defendant David Earl Williams be and is hereby ordered

19  WITHDRAWN.

20  SO ORDERED.

21  DATED:  March 30, 2012.

22

23                                    _____
                                      UNITED STATES DISTRICT JUDGE
24

25

26

27

28